IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EQUALNET COMMUNICATIONS CORP. | § | CASE NO.  00-37350-H4-7 |
| a/k/a EQUALNET HOLDING CORP. | § | (Chapter 7) |
| Debtor | § | |

**APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. §374(a)**

The undersigned Trustee reports:

_____    The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√    More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*.).

Dated:  October 6, 2011         Respectfully submitted,

By:    */s/ Pamela Gale Johnson*
Pamela Gale Johnson
Fed ID No. 4481
State Bar No. 10777700
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone:  (713) 276-1664
Facsimile:  (713) 751-1717

**CHAPTER 7 TRUSTEE**

**EXHIBIT "A"**

Please Check One:

_____        Small Dividends

\_\_√\_\_\_        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Southwest Century Communities, Inc.<br>Pat Bonnette<br>1713 Runyan<br>Houston, Texas 77039 | 7 | $53.84 |
| Sybari Software, Inc.<br>353 Larkfield Road<br>East Northport, New York 11731 | 21 | $22.85 |
| Robert H. Turner<br>c/o Darryl Carter<br>1460 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 24 | $213.98 |
| Gregory Scott Wilson<br>12431 Brooks Crossing<br>Fishers, Indiana 46038 | 47 | $329.02 |
| Competition Law Group LLC<br>120 South State St., Suite 300<br>Chicago, Illinois 60603 | 50 | $63.50 |
| Southwestern Bell Telephone Co.<br>Bankruptcy Dept.<br>P.O. Box 769<br>Arlington, Texas 76004 | 54 | $17.03 |
| Patrick Garvey<br>3517 N. Fremont St.<br>Chicago, Illinois 60657 | 61 | $7.31 |
| City of Plainview<br>c/o Phone Billing Examiners<br>P.O. Box 171266<br>Arlington, Texas 76003 | 79 | $112.27 |
| Capsule Communications Inc.<br>f/k/a US Wats<br>1525 Locust St., 17th floor<br>Philadelphia, Pennsylvania 19102 | 120 | $510.84 |
| SMS/800<br>Attn: Nancy Kinsey<br>8 Corporate Place<br>Piscataway, New Jersey 08854 | 136 | $60.16 |
| | TOTAL: | $1,390.80 |

**CERTIFICATE OF SERVICE**

  I do hereby certify that a copy of the *Application to Deposit Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to the parties listed below on this 6th day of October, 2011:

Debtor
Equalnet Communications Corp.
a/k/a Equalnet Holding Corp.
1250 Wood Branch Park Drive
Houston, Texas 77079-1212

Debtor's Attorney
John F. Higgins, IV
Porter Hedges LLP
1000 Main Street, Suite 3600
Houston, Texas 77002-6336

U.S. Trustee
Judy A. Robbins, U.S. Trustee
ATTN: Christine March, Trial Attorney
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

*/s/ Pamela Gale Johnson*
Pamela Gale Johnson